588

419 A.2d 182

Commonwealth v. Burkholder, Appellant.

Submitted November 14, 1977. Simon B. John, Assistant Public Defender, for appellant; no appearance entered nor briefs submitted for Commonwealth, appellee.

Before WATKINS, P. J., JACOBS, HOFFMAN, CERCONE, PRICE, VAN der VOORT, and SPAETH, JJ.

Judgment of sentence affirmed.

CERCONE, P. J. concurred in the result.

JACOBS, former P. J., did not participate in the consideration or decision of this case.

419 A.2d 182

Commonwealth v. Kehl, Appellant.

Submitted September 15, 1978. Peter J. Webby, Assistant Public Defender, for appellant; Joseph P. Giovannini, for Commonwealth, appellee.

Before CERCONE, SPAETH and LIPEZ, JJ.

Order affirmed.